IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAL HUBUSCHMAN, Derivatively on
Behalf of FACEBOOK, INC.,

**CASE NO.** 12-cv-03366 (LHK)

Plaintiff(s),

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

v.

MARK ZUCKERBERG, et al.,

Defendant(s).

_____/

Andrew B. Clubok                              , whose business address and telephone number is

601 Lexington Avenue, New York, NY  10022; telephone: 212-446-4800; email:
andrew.clubok@kirkland.com

and who is an active member in good standing of the bar of  DC, NY and OH

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Facebook, Inc.+ individual defendants

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 9, 2012

*Lucy H. Koh*
_____
United States  District      Judge