1  ROBBINS UMEDA LLP
   BRIAN J. ROBBINS (190264)
2  FELIPE J. ARROYO (163803)
   SHANE P. SANDERS (237146)
3  GINA STASSI (261263)
   600 B Street, Suite 1900
4  San Diego, CA 92101
   Telephone: (619) 525-3990
5  Facsimile (619) 525-3991
   brobbins@robbinsumeda.com
6  farroyo@robbinsumeda.com
   ssanders@robbinsumeda.com
7  gstassi@robbinsumeda.com

8  Counsel for Plaintiff Hal Hubuschman

9           **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN FRANCISCO DIVISION**

11 HAL HUBUSCHMAN, Derivatively on      ) Case No. 3:12-cv-03366-MMC
   Behalf of FACEBOOK, INC.,            )
12                                      ) STIPULATION AND [PROPOSED] ORDER
            Plaintiff,                  ) REGARDING HEARING DATES
13                                      )
        v.                              ) Judge:    Honorable Maxine M. Chesney
14                                      )
   MARK ZUCKERBERG, DAVID A.            )
15 EBERSMAN, SHERYL K. SANDBERG,        )
   DAVID M. SPILLANE, PETER A. THIEL,   )
16 JAMES W. BREYER, MARC L.             )
   ANDREESSEN, DONALD E. GRAHAM,        )
17 REED HASTINGS, ERSKINE B.            )
   BOWLES, and DOES 1-25, Inclusive,    )
18                                      )
            Defendants,                 )
19                                      )
        -and-                           )
20                                      )
   FACEBOOK, INC., a Delaware corporation,)
21                                      )
            Nominal Defendant.          )
22                                      )
   _____)
23

24

25 STIPULATION AND [PROPOSED] ORDER            Case No. 3:12-cv-03366-MMC
   REGARDING HEARING DATES

1 WHEREAS the *Hubuschman* Action[1] was originally filed in the Superior Court of
2 California, San Mateo County (the "State Court") on June 28, 2012, and the *Cole* Action[2] was
3 originally filed in the State Court on May 31, 2012 (collectively, the "Derivative Actions");

4 WHEREAS on June 28, 2012, Defendants[3] removed the Derivative Actions to this Court;

5
6 WHEREAS on July 13, 2012, Defendants filed Motions for Stay of Proceedings Pending
7 Decision on Transfer by the Judicial Panel on Multidistrict Litigation (the "Stay Motions") in the
8 Derivative Actions, and the hearings on the Stay Motions are set for August 17, 2012, at 9:00
9 a.m.;

10 WHEREAS plaintiffs Hal Hubuschman and William Cole ("Plaintiffs") believe that
11 removal of the Derivative Actions was improper and will timely file motions to remand the
12 Derivative Actions to State Court (the "Remand Motions") on or before August 1, 2012, in
13 accordance with 28 U.S.C. §1447(c);
14
15 WHEREAS Plaintiffs intend to notice the Remand Motions for a September 7, 2012
16 hearing date;

17 WHEREAS in light of the above, the parties shortly will agree to briefing schedules for
18 the Stay Motions and the Remand Motions which they will submit to the Court.
19
20 WHEREAS the parties to the Derivative Actions have not previously requested an
21 extension of any deadlines to file briefs in opposition to or in support of the Stay Motions;

---

22 [1] "*Hubuschman* Action" refers to the action captioned *Hubuschman v. Zuckerberg,* et al., Case
23 No. 12-cv-03366-MMC.

24 [2] "*Cole* Action" refers to the action captioned *Cole v. Zuckerberg, et al.,* Case No. 12-cv-03367-
25 MMC.

26 [3] "Defendants" refers to: Nominal defendant Facebook, Inc., Mark Zuckerberg, David A.
Ebersman, Sheryl K. Sandberg, David M. Spillane, Peter A. Thiel, James W. Breyer, Marc L.
27 Andreessen, Donald E. Graham, Reed Hastings, and Erskine B. Bowles.

28 STIPULATION AND [PROPOSED] ORDER          1          Case No. 3:12-cv-03366-MMC
REGARDING HEARING DATES

WHEREAS nothing in this stipulation prevents any party from seeking further extensions on the consent of the other parties or from the Court;

WHEREAS in light of the agreement to re-notice the hearing on the Stay Motions, Plaintiffs' obligation to file oppositions to the Stay Motions, otherwise due on July 27, 2012, is held in abeyance until the parties submit their agreed briefing schedule; and

WHEREAS in the event that the Court determines not to enter an order consistent with this stipulation, Defendants agree that, in view of Plaintiffs' reliance on this stipulation and proposed order, Defendants shall not assert in any motion, brief, or proceeding that Plaintiffs failed timely to file their briefs in opposition to the Stay Motions.  In that event, the parties to the Derivative Actions shall meet and confer regarding an alternative scheduling stipulation consistent with the Court's determination.

Respectfully submitted,

Dated:  July 26, 2012

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P SANDERS
GINA STASSI

/s/Shane P. Sanders
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  (619) 525-3390
Facsimile:  (619) 525-3391

*Counsel for Plaintiffs Hal Hubuschman and William Cole*

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATES     2     Case No. 3:12-cv-03366-MMC

| | | |
|---|---|---|
| 1 | Dated: July 26, 2012 | KIRKLAND & ELLIS LLP<br>JAMES F. BASILE |
| 2 | | ELIZABETH L. DEELEY |

/s/ James F. Basile
―――――――――――――――――――
JAMES F. BASILE

555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

KIRKLAND & ELLIS LLP
ANDREW B. CLUBOK )
BRANT W. BISHOP, P.C.
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

WILLKIE FARR & GALLAGHER LLP
RICHARD D. BERNSTEIN
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

WILLKIE FARR & GALLAGHER LLP
TODD COSENZA
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for Mark Zuckerberg, David A. Ebersman, Sheryl K. Sandberg, David M. Spillane, Peter A. Thiel, James W. Breyer, Marc L. Andreessen, Donald E. Graham, Reed Hastings, Erskine B. Bowles and Facebook, Inc.*

I, Shane P. Sanders, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATES.  In compliance with General Order 45, X.B., I hereby attest that James F. Basile has concurred in this filing.

STIPULATION AND [PROPOSED] ORDER        3        Case No. 3:12-cv-03366-MMC
REGARDING HEARING DATES

1

**\* \* \* ORDER \* \* \***

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Plaintiff need not file an opposition
to defendants' pending Motion for Stay until the date set pursuant to further court order adopting
3  a revised briefing schedule.

4   July 27, 2012
     DATED                                                  _____
5                                                           HONORABLE MAXINE M. CHESNEY
                                                            U.S. DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER        4    Case No. 3:12-cv-03366-MMC
    REGARDING HEARING DATES