1  ROBBINS UMEDA LLP
   BRIAN J. ROBBINS (190264)
2  FELIPE J. ARROYO (163803)
   SHANE P. SANDERS (237146)
3  GINA STASSI (261263)
   600 B Street, Suite 1900
4  San Diego, CA 92101
   Telephone: (619) 525-3990
5  Facsimile (619) 525-3991
   brobbins@robbinsumeda.com
6  farroyo@robbinsumeda.com
   ssanders@robbinsumeda.com
7  gstassi@robbinsumeda.com

8  Counsel for Plaintiff Hal Hubuschman.

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10             **SAN FRANCISCO DIVISION**

11 | HAL HUBUSCHMAN, Derivatively on            )  Case No. 3:12-cv-03366-MMC
   | Behalf of FACEBOOK, INC.,                  )
12 |                                            )  **STIPULATION AND [PROPOSED] ORDER**
   |               Plaintiff,                   )  **EXTENDING BRIEFING SCHEDULES ON**
13 |                                            )  **MOTIONS FOR REMAND AND MOTIONS**
   |         v.                                 )  **FOR STAY**; **CONTINUING HEARING**
14 |                                            )
   | MARK ZUCKERBERG, DAVID A.                  )  Judge:    Honorable Maxine M. Chesney
15 | EBERSMAN, SHERYL K. SANDBERG,              )  Date:     September 7, 2012
   | DAVID M. SPILLANE, PETER A. THIEL,         )  Time:     9:00 a.m.
16 | JAMES W. BREYER, MARC L.                   )  Location: San Francisco Courthouse
   | ANDREESSEN, DONALD E. GRAHAM,              )            Courtroom 7, 19th Floor
17 | REED HASTINGS, ERSKINE B.                  )            450 Golden Gate Avenue
   | BOWLES, and DOES 1-25, Inclusive,          )            San Francisco, CA 94102
18 |                                            )
   |               Defendants,                  )
19 |                                            )
   |         -and-                              )
20 |                                            )
   | FACEBOOK, INC., a Delaware corporation,    )
21 |                                            )
   |           Nominal Defendant.               )
22 |                                            )
   |                                            )
23

24 STIPULATION AND [PROPOSED] ORDER           Case No. 3:12-cv-03366-MMC
   EXTENDING BRIEFING SCHEDULES ON
25 MOTIONS FOR REMAND AND MOTIONS
   FOR STAY

WHEREAS the *Hubuschman* Action[1] was originally filed in the Superior Court of California, San Mateo County ("State Court") on May 30, 2012; and the *Cole* Action[2] was originally filed in the State Court on May 31, 2012 (collectively, "Derivative Actions");

WHEREAS on June 28, 2012, Defendants[3] removed the Derivative Actions to this Court;

WHEREAS on July 13, 2012, Defendants filed Motions for Stay of Proceedings Pending Decision on Transfer by the Judicial Panel on Multidistrict Litigation in the Derivative Actions ("Stay Motions");

WHEREAS plaintiffs in the Derivative Actions ("Plaintiffs") informed Defendants of their intent to file motions to remand the Derivative Actions to State Court ("Remand Motions");

WHEREAS on July 26, 2012, the parties to the Derivative Actions filed a Stipulation Regarding Hearing Dates ("Stipulation"), agreeing to submit briefing schedules for the Stay Motions and the Remand Motions to the Court and agreeing that Plaintiffs' obligation to file oppositions to the Stay Motions was held in abeyance until the parties submit the agreed briefing schedule;

WHEREAS on July 27, 2012, the Court entered an Order consistent with the Stipulation;

WHEREAS on August 1, 2012, Plaintiffs filed the Remand Motions, and noticed the Remand Motions for a September 7, 2012 hearing date (*Hubuschman* Action, ECF No. 27; *Cole* Action, ECF No. 25);

---

[1] "*Hubuschman* Action" refers to the action captioned *Hubuschman v. Zuckerberg,* Case No. 12-cv-03366-MMC.

[2] "*Cole* Action" refers to the action captioned *Cole v. Zuckerberg,* Case No. 12-cv-03367-MMC.

[3] "Defendants" refers to nominal defendant Facebook, Inc., Mark Zuckerberg, David A. Ebersman, Sheryl K. Sandberg, David M. Spillane, Peter A. Thiel, James W. Breyer, Marc L. Andreessen, Donald E. Graham, Reed Hastings, and Erskine B. Bowles.

WHEREAS also on August 1, 2012, Defendants re-noticed the Stay Motions for a September 7, 2012 hearing date (*Hubuschman* Action, ECF No. 25; *Cole* Action, ECF No. 24);

WHEREAS the parties to the Derivative Actions have agreed to the following revised briefing schedule on the Stay Motions:

    (a) Plaintiffs will file their oppositions to the Stay Motions on August 21, 2012; and

    (b) Defendants will file their reply briefs in support of the Stay Motions on August 31, 2012.

WHEREAS the parties to the Derivative Actions have agreed to the following briefing schedule on the Remand Motions:

    (a) Defendants will file their oppositions to the Remand Motions on August 21, 2012; and

    (b) Plaintiffs will file their reply briefs in support of the Remand Motions on August 31, 2012.

NOW, THEREFORE, pursuant to Local Rule 6-2(a), it is hereby stipulated and agreed by and between the undersigned counsel for Plaintiffs and counsel for Defendants as follows:

1. Plaintiffs will file their oppositions to the Stay Motions on August 21, 2012; and Defendants will file their reply briefs in support of the Stay Motions on August 31, 2012.

2. Defendants will file their oppositions to the Remand Motions on August 21, 2012; and Plaintiffs will file their reply briefs in support of the Remand Motions on August 31, 2012.

Dated: August 3, 2012                       Respectfully submitted,

                                             ROBBINS UMEDA LLP
                                             BRIAN J. ROBBINS
                                             FELIPE J. ARROYO
                                             SHANE P. SANDERS
                                             GINA STASSI

                                             /s/ Shane P. Sanders
                                             SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3390
Facsimile: (619) 525-3391

*Counsel for Plaintiffs Hal Hubuschman and William Cole*

Dated: August 3, 2012

KIRKLAND & ELLIS LLP
JAMES F. BASILE
ELIZABETH L. DEELEY


                    /s/ James F. Basile
                        JAMES F. BASILE

555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

KIRKLAND & ELLIS LLP
ANDREW B. CLUBOK )
BRANT W. BISHOP, P.C.
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

WILLKIE FARR & GALLAGHER LLP
RICHARD D. BERNSTEIN
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

WILLKIE FARR & GALLAGHER LLP
TODD COSENZA
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for Mark Zuckerberg, David A. Ebersman, Sheryl K. Sandberg, David M. Spillane, Peter A. Thiel, James W. Breyer,*

| STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULES ON MOTIONS FOR REMAND AND MOTIONS FOR STAY | 3 | Case No. 3:12-cv-03366-MMC |
|---|---|---|

1  *Marc L. Andreessen, Donald E. Graham, Reed Hastings, Erskine B. Bowles and Facebook, Inc.*

I, Shane P. Sanders, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTIONS FOR REMAND AND MOTIONS FOR STAY. In compliance with General Order 45, X.B., I hereby attest that James F. Basile has concurred in this filing.

**\* \* \* ORDER \* \* \***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the hearing on the motions is CONTINUED to September 14, 2012.

August 6, 2012
DATED

HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULES ON MOTIONS FOR REMAND AND MOTIONS FOR STAY   4   Case No. 3:12-cv-03366-MMC