1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA

10  HAL HUBUSCHMAN, Derivatively on  ) Case No. 3:12-cv-03366-MMC
    Behalf of FACEBOOK, INC.,         )
11                                    )                    GRANTING
                                      ) [PROPOSED] ORDER IN SUPPORT OF
12                          Plaintiff,) PLAINTIFFS' ADMINISTRATIVE
         v.                           ) MOTION TO EXTEND THE BRIEFING
13                                    ) SCHEDULE AND CONTINUE THE VACATE
    MARK ZUCKERBERG, DAVID A.         ) HEARING ON NOMINAL DEFENDANT
14  EBERSMAN, SHERYL K. SANDBERG,     ) FACEBOOK, INC.'S MOTION TO DISMISS
    DAVID M. SPILLANE, PETER A. THIEL,) PURSUANT TO FED R. CIV. P. 12(B)(1),
15  JAMES W. BREYER, MARC L.          ) 12(B)(3), 12(B)(6) AND 23.1
    ANDREESSEN, DONALD E. GRAHAM,     )
16  REED HASTINGS, ERSKINE B. BOWLES, )
    and DOES 1-25, Inclusive,         )
                                      ) Judge:    Honorable Maxine M. Chesney
17                         Defendants,) Date:     September 7, 2012
        -and-                         ) Time:     9:00 a.m.
18                                    ) Location: San Francisco Courthouse
    FACEBOOK, INC., a Delaware corporation, )    Courtroom 7, 19th Floor
19                                    )           450 Golden Gate Avenue
                    Nominal Defendant.)           San Francisco, CA 94102
20                                    )
    _____)
21
22
23
24
25
26
27
28  _____
    [PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE
    BRIEFING SCHEDULE AND CONTINUE THE HEARING ON NOMINAL DEFENDANT FACEBOOK, INC.'S
    MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(3), 12(B)(6) AND 23.1
    CASE NO. 3:12-CV-03366-MMC

1  Having read and considered Plaintiffs Hal Hubuschman's and William Cole's (hereinafter

2  "Plaintiffs") Administrative Motion to Extend the Briefing Schedule and Continue the Hearing on

3  Nominal Defendant Facebook, Inc.'s Motion To Dismiss Pursuant to Fed R. Civ. P. 12(B)(1),

   defendant's response thereto,

4  12(B)(3), 12(B)(6) and 23.1, and ~~good cause appearing therefore,~~

5  IT IS ORDERED THAT:

6  1.  The Administrative Motion is GRANTED.

7  2.  The hearing on the Motion to Dismiss, currently set for September 7, 2012, is vacated

8  ~~and shall be re-set for hearing after the Court rules on the Remand Motion and the Stay Motion~~.

   In the event defendants' motion to stay is denied, the Court will set a briefing

9  3.  ~~All oppositions to the Motion to Dismiss must be filed and served by no later than~~

   schedule and hearing date on the Motion to Dismiss.

10 ~~fourteen (14) days after the Court rules on the Remand Motion and Stay Motion~~.

11 4.  ~~All reply briefs in support of the Motion to Dismiss must be filed and served no later~~

12 ~~than seven (7) after the opposition is filed and served~~.

13 DATED: August 15, 2012      , 2012

14 

15 _____
   HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

16 

17 Respectfully submitted by:

   s/Shane P. Sanders
18 SHANE P. SANDERS

19 ROBBINS UMEDA LLP
   BRIAN J. ROBBINS
20 FELIPE J. ARROYO
   SHANE P. SANDERS
21 GINA STASSI
   600 B Street, Suite 1900
22 San Diego, CA 92101
   Telephone: (619) 525-3990
23 Facsimile: (619) 525-3991

24 *Counsel for Plaintiffs Hal Hubuschman and*
   *William Cole*
25

26

27
                                                - 1 -
28 [[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE
   BRIEFING SCHEDULE AND CONTINUE THE HEARING ON NOMINAL DEFENDANT FACEBOOK, INC.'S
   MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(3), 12(B)(6) AND 23.1
   CASE NO. 3:12-CV-03366-MMC